UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3-12-CV-515-H

ABDUL BURIDI                                                                                             PLAINTIFF

V.

JAGDEO SINGH, C & K INDUSTRIAL
SERVICES, INC., KM PLANT SERVICES,
INC., CHARTIS CASUALTY COMPANY,
AMERISURE MUTUAL INSURANCE
COMPANY AND NATIONAL UNION FIRE
INSURANCE CO. OF PITTSBURGH, PA                                                       DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

Defendant, Chartis Casualty Company ("Chartis"), has moved to dismiss the claims against it on the grounds that it is not a proper party to this action. Plaintiff has not filed a response and Chartis' request seems appropriate.

This personal injury/declaratory judgment/bad faith action arises from an automobile accident involving Plaintiff and another Defendant, Jagdeo Singh. At the time of the accident, Singh was operating a motor vehicle allegedly owned by Defendant, KM Plant Services, Inc. ("KM"), and allegedly insured by Amerisure Mutual Insurance Company ("Amerisure"). Singh was an employee of C & K Industrial Services, Inc. ("C&K") at the time of the accident. Plaintiff alleges Singh was acting within the scope of his employment at the time of the accident.

Amerisure issued an insurance policy to KM and National Union Fire Insurance Co. of Pittsburgh, PA ("National Union") issued a business policy to C&K. However, it appears that Chartis did not issue any insurance policy to any party to this action. A dispute did arise between

Amerisure and National Union regarding which company's policy was primary for the alleged losses. This declaratory judgment action followed to determine which coverage applies to the loss. National Union maintains Amerisure has primary coverage for the alleged losses. However, Chartis and National Union are separate companies.  However, National Union, not Chartis, issued the insurance policy in question.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Chartis' motion to dismiss is SUSTAINED and all claims against it are DISMISSED WITH PREJUDICE.

cc:     Counsel of Record